IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

   Plaintiff,       No. CIV S-08-2188-SPG (PC)

 vs.

              ORDER
T. FELKER, T. PEREZ, et al.

   Defendants.
_____/

   Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has notified the court that he has been moved to another prison and that his mailing address has changed. Plaintiff alleges that, before leaving his former prison, his USM-285 forms were thrown away during a cell search. Plaintiff also seeks a court order requiring certain persons at his former prison to provide him with law library access.

   IT IS HEREBY ORDERED that:

   1. The Clerk of the Court shall send Plaintiff 19 new USM-285 forms at his new address as soon as practicable. Plaintiff is advised that he has thirty days from the date of this order to submit to the court one copy of the summons; nineteen completed USM-285 forms;

1

PDF created with pdfFactory trial version www.pdffactory.com

sixteen copies of the endorsed complaint filed September 17, 2008 (Plaintiff must submit one copy for each defendant and has already submitted three copies); and the notice of submission of documents.

2. Plaintiff's request for a court order requiring prison officials at his former prison to provide him with law library access is denied as moot because he is no longer housed at that prison.

DATED: April 16, 2009

/s/ Susan P. Graber

SUSAN P. GRABER
UNITED STATES CIRCUIT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com