IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS, | No. CIV-S-08-2188-SPG (PC) |
| Plaintiff, | |
| vs. | |
| T. FELKER, et al., | ORDER DENYING REQUEST FOR PERSONAL TYPEWRITER |
| Defendants. | |
| _____/ | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has requested a personal typewriter to file responsive pleadings. The court denies this request because there are other means available to Plaintiff, including writing by hand as he has in the past, or having someone else do so on his behalf. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a personal typewriter is denied.

DATED: May 12, 2009

                                                /s/ Susan P. Graber
                                                UNITED STATES CIRCUIT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2

PDF created with pdfFactory trial version www.pdffactory.com