IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD THOMAS,

    Plaintiff,

vs.

T. FELKER, et al.,

    Defendants.
_____/

No. CIV S–08-2188-SPG (PC)

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

    Plaintiff Edward Thomas has filed a motion to dismiss his claims without prejudice because he does not believe that he can proceed with them at present without the assistance of counsel. Clerk's Record, Docket No. 74 ("Doc." 74). Defendants do not oppose such a dismissal. (Doc. 75). Accordingly, this court GRANTS Plaintiff's motion to dismiss all remaining claims without prejudice.

    IT IS SO ORDERED.

DATED: May 18, 2010

                                                        /s/ Susan P. Graber
                                                       UNITED STATES CIRCUIT JUDGE